IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | | |
|---|---|---|
| ANTHONY T. THOMAS, | : | |
| | : | |
| Petitioner, | : | |
| | : | |
| v. | : | CASE NO.: 1:06-CV-136 (WLS) |
| | : | |
| TODD THOMAS, *Warden, et al.*, | : | |
| | : | |
| Respondents. | : | |
| _____ | : | |

**ORDER**

Before the Court is a Report and Recommendation from United States Magistrate Judge Claude W. Hicks., Jr., filed February 19, 2010. (Doc. 31). It is recommended that Petitioner's Petition for Writ of Habeas Corpus (Doc. 3) be denied. (Doc. 31 at 5).

The Report and Recommendation provided Petitioner with fourteen (14) days to serve and file written objections to the recommendations therein with this Court. (*Id.*). The period for objections expired on Monday, March 8, 2010;[1] no objections have been filed to date. (*See* Docket).

Upon full review and consideration upon the record, the Court finds that said Report and Recommendation (Doc. 31) should be, and hereby is, **ACCEPTED**, **ADOPTED** and made the Order of this Court for reason of the findings made and reasons stated therein. Accordingly,

---

[1] Although fourteen (14) days following February 19, 2010 was March 5, 2010, application of Federal Rule of Civil Procedure 6(d) adds three (3) days to provide for service by mail of the Report and Recommendation upon Petitioner. *See* Fed. R. Civ. P. 6(d) (2009) ("When a party may or must act within a specified time after service and service is made [by mail], 3 days are added after the period would otherwise expire under [the Rules].").

1

Petitioner's Petition for Writ of Habeas Corpus (Doc. 3) is **DENIED**.

      **SO ORDERED**, this  10th  day of March, 2010.

                                            /s/ W. Louis Sands
                                            **THE HONORABLE W. LOUIS SANDS,**
                                            **UNITED STATES DISTRICT COURT**